# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO.: 4:18-cr-235

DESMOND HILL,

    Defendant.

## O R D E R

In accordance with the Court's instructions at the change of plea hearing in this case and based upon defense counsel's oral motion for additional time to prepare and file pretrial motions, and the Court's finding that the ends of justice in granting additional time to prepare motions outweigh the best interest of the public and defendant in a speedy trial, defendant's pretrial motions are to be filed within thirty (30) days of December 18, 2018. The opposing party shall have fourteen (14) days to respond to any motion. Counsel for defendant shall file a separate motion for each relief sought and shall not file a consolidated motion

Pretrial motions received by the Clerk outside this period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court. Counsel for the government may file a joint response after all motions have been filed by Defendant.

The Court will conduct a motions hearing to consider any unresolved motions. Assuming that a liberal discovery policy will be followed by the United States Attorney in this case, many if not all of the routine discovery motions filed by defendant may be satisfied without the need for intervention by the Court. Prior to scheduling any such hearing, the Court will ask the parties to

specify which motions (if any) remain in dispute. The Court will then hear argument and/or receive evidence on the unresolved motions.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection. **If defendant is in custody at the time of trial, it is the responsibility of counsel to ensure that defendant has appropriate attire to wear in the presence of the jury.**

**SO ORDERED**, this 2nd day of January, 2019.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA