**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESMOND HILL,

    Defendant.

CIVIL ACTION NO.: 4:18-cr-235

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 1, 2019 Report and Recommendation, (doc. 43), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. Additionally, the Court notes that Defendant's Motion has been mooted by his recent entry of a guilty plea. (Doc. 51.) Thus, the Court **DENIES** defendant's motion to suppress, (doc. 32).

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA